IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01668-MSK-CBS

DAVID HIGHLAND CASSIRER,
        Plaintiff,

v.

COUNTY OF SAN MIGUEL, COLORADO,
        Defendant/Counter Claimant,

v.

DAVID HIGHLAND CASSIRER,
        Counterclaim Defendant.

---

**ORDER**

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff Cassirer's "Unopposed Motion to Withdraw his Motions to Remand and Amend his Original Complaint, and to Withdraw his Amended Complaint" (filed September 22, 2008) (doc. # 24). Pursuant to the Order of Reference dated August 11, 2008 (doc. # 7) and the memorandum dated September 24, 2008 (doc. # 26), "that portion of the Motion to Withdraw the Motion to Amend/Correct/Modify Complaint and the Amended Complaint" was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

1.      The portion of Mr. Cassirer's "Unopposed Motion to Withdraw his Motion to Amend his Original Complaint, and to Withdraw his Amended Complaint" (filed September 22, 2008) (doc. # 24) is GRANTED.

2.      Mr. Cassirer's "Motion to Amend Original Complaint" (filed August 21, 2008) (doc.

# 9) is WITHDRAWN.

3.      Mr. Cassirer's "Amended Complaint, Request for Contract Recission, and Request

for Injunctive Relief" (tendered August 21, 2008) (doc. # 13) is WITHDRAWN.


        DATED at Denver, Colorado, this 24th day of September, 2008.

                                BY THE COURT:



                                s/ Craig B. Shaffer
                                United States Magistrate Judge