# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action: 08-cv-01668-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: October 8, 2008** | **Courtroom Deputy:** Ben Van Dyke |

DAVID HIGHLAND CASSIRER,   *Pro se*

    **Plaintiff,**

v.

COUNTY OF SAN MIGUEL, COLORADO,   Earl G. Rhodes
                                                                         Philip L. Martin
    **Defendant.**                                                      Steven J. Zwick

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**    **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**    **9:58 a.m.**
Court calls case. Appearances of defense counsel and *pro se* plaintiff.

The parties discuss with the court the Motion to Strike [filed August 27, 2008; doc. 16] and Defendant's Motion to Strike [filed October 3, 2008; doc. 37].

**ORDERED:**    Plaintiff's oral motion to withdraw his Motion to Strike [filed August 27, 2008; doc. 16] is granted. The motion (*doc. 16*) is hereby withdrawn.

**ORDERED:**    The oral motion to withdraw Defendant's Motion to Strike [ filed October 3, 2008; doc. 37] is granted. The motion (*doc. 37*) is hereby withdrawn.

The proposed scheduling order and discovery are discussed.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off: **April 10, 2009.**

Dispositive Motions deadline: **May 11, 2009.**

Parties shall designate affirmative experts **on or before February 2, 2009.**

Parties shall designate rebuttal experts **on or before March 20, 2009.**

Each side shall be limited to **ten (10)** depositions of non-expert witnesses, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than March 7, 2009**.

Each side shall be limited to **twenty-five (25)** interrogatories, including discrete subparts, **twenty-five (25)** requests for production, and **thirty-five (35)** requests for admissions, absent a showing of good cause.

**ORDERED:** **Telephonic Status Conference to discuss the advisability of setting a settlement conference is set for December 11, 2008 at 11:30 a.m. The parties shall create a conference call and then contact the court at (303) 844-2117 to participate in the conference.**

The parties may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:** **11:05 a.m.**
Total time in court: 01:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.