IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01668-MSK-CBS

DAVID HIGHLAND CASSIRER,
    Plaintiff,
v.

COUNTY OF SAN MIGUEL, COLORADO,
    Defendant/Counter Claimant,
v.

DAVID HIGHLAND CASSIRER,
    Counterclaim Defendant.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff Cassirer's "Motion to Amend Original Complaint" (filed October 27, 2008) (doc. # 43). Pursuant to the Order of Reference dated August 11, 2008 (doc. # 7) and the memorandum dated October 28, 2008 (doc. # 44), the Motion was referred to the Magistrate Judge. The court having reviewed the Motion, "Defendant's Consent to Plaintiff's Motion to Amend Original Complaint," the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1. Mr. Cassirer's "Motion to Amend Original Complaint" (filed October 27, 2008) (doc. # 43) is GRANTED.

2. The Amended Complaint (doc. # 43-2) is hereby accepted for filing as of the date of this Order.

3. Defendant shall file an answer to the Amended Complaint on or before

1

November 11, 2008.

DATED at Denver, Colorado, this 31st day of October, 2008.

BY THE COURT:

  s/ Craig B. Shaffer
United States Magistrate Judge