IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 08-cv-01668-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 30, 2009 | Courtroom Deputy: Nel Steffens |

| *Parties:* | *Counsel:* |
|---|---|
| DAVID HIGHLAND CASSIRER, | *Pro Se* |
| Plaintiff, | |
| v. | |
| COUNTY OF SAN MIGUEL, COLORADO, | Earl Rhodes<br>Steven Zwick |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 8:27 a.m.
Court calls case. Defense counsel and Plaintiff appear by telephone.

Discussion regarding Plaintiff's motion to amend complaint, #54.

Plaintiff asks to withdraw his motion to amend.

**ORDERED:** Plaintiff's Motion to Amend Complaint to Join Additional Defendants, (#54, filed December 22, 2008) is deemed **WITHDRAWN**.

**ORDERED:** Any further motion to amend and proposed amended complaint, shall be filed by **February 13, 2009.**

Discussion regarding discovery.

Discussion regarding motion to extend deadlines, #60.

**ORDERED:** Plaintiff's Unopposed Motion for Enlargement of Time (#60, filed

| | |
|---|---|
| **Civil Action No.** | * |
| **Date** | * |

                January 26, 2009) is **GRANTED**. Scheduling deadlines are extended as follows:
- Parties shall designate affirmative experts on or before **March 2, 2009.**
- Parties shall designate rebuttal experts on or before **April 2, 2009.**
- Discovery cut-off is **April 30, 2009.**
- Dispositive motion deadline is **May 30, 2009.**

Further discussion regarding possible second amended complaint.

Discussion regarding possibility of settlement. Mr. Rhodes states that Defendant is not currently interested in settlement.

Hearing concluded.

**Court in recess:**     **9:20 a.m.**
Total time in court:     00:53

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.