IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01668-MSK-CBS

DAVID HIGHLAND CASSIRER,
    Plaintiff,
v.

COUNTY OF SAN MIGUEL, COLORADO,
    Defendant/Counter Claimant,
v.

DAVID HIGHLAND CASSIRER,
    Counterclaim Defendant.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint" (filed February 18, 2009) (doc. # 66). Pursuant to the Order of Reference dated August 11, 2008 (doc. # 7) and the memorandum dated February 19, 2009 (doc. # 68), the Motion was referred to the Magistrate Judge. The court having reviewed the Motion, Defendant's "Notice of Clarification Regarding Plaintiff's Second Amended Complaint" (filed February 18, 2009) (doc. # 67), the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1. "Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint" (filed February 18, 2009) (doc. # 66) is GRANTED.

2. The Second Amended Complaint (doc. # 66-2) is accepted for filing as of the date of this Order.

3. Defendant may answer or otherwise respond to the Second Amended

1

Complaint on or before March 12, 2009.

DATED at Denver, Colorado, this 19th day of February, 2009.

BY THE COURT:

   s/ Craig B. Shaffer
United States Magistrate Judge