IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01668-MSK-CBS

DAVID HIGHLAND CASSIRER,

     Plaintiff and Counterclaim Defendant,

v.

SAN MIGUEL COUNTY BOARD OF COUNTY COMMISSIONERS,

     Defendant and Counterclaim Plaintiff.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Clarification (*doc. # 83)* is GRANTED. The court's deadlines are hereby modified as follows:

1. Response to Defendant's Motion to Dismiss due on or before April 15, 2009;
2. Answer to Defendant's Counterclaims due on or before April 15, 2009;
3. Response to Defendant's First Set of Discovery Requests due on or before April 7, 2009; and
4. Response to Defendant's Second Set of Discovery Requests due on or before April 27, 2009.

**DATED:**    April 7, 2009